D. Douglas Shureen, SBN 124613
McMillan & Shureen, LLP
50 Santa Rosa Ave., Fifth Floor
Santa Rosa, CA  95404-4952
(707) 525-5420
(707) 576-7955

Attorneys for Plaintiff
THE COOK'S WAREHOUSE, INC.,
a Georgia corporation,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY COMPUTING BUSINESS GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE COOK'S WAREHOUSE, INC., a Georgia corporation,<br><br>Defendant. | CASE No.  2:06-cv-02406-DFL-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint filed:   October 31, 2006<br>Trial Date:           none set |

IT IS HEREBY AGREED between and among the parties hereto as follows, and subject to approval of this Court:

Plaintiff Synergy Computing Business Group, Inc. (hereinafter "Plaintiff") and Defendant The Cook's Warehouse, Inc., (hereafter "Defendant"), by and through their respective counsel, hereby stipulate that Defendant shall have an extension of thirty (30) days in which to file a response to Plaintiff's Complaint.  Defendant's response shall be due on February 15, 2007.  One prior extension of thirty (30) days was requested and granted.  The above-named counsel for Defendant was first retained on January 16, 2007 and will need adequate time to prepare a responsive pleading.  Further, Defendant and Plaintiff have agreed that additional time is necessary for an informal exchange of documents and information to allow the parties to continue settlement negotiations.  Such discussions are ongoing.

/ / /

1

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

**SO STIPULATED**

DATED: January ___, 2007     McDONOUGH HOLLAND & ALLEN PC

By: */s/ Stephen M. Lerner*
    Stephen M. Lerner
    Attorneys for Plaintiff
    SYNERGY COMPUTING BUSINESS GROUP, INC.

DATED: January 19, 2007     McMillan & Shureen LLP

By: */s/ D. Douglas Shureen*
    D. Douglas Shureen
    Attorney for Defendant
    THE COOK'S WAREHOUSE, INC.,
    a Georgia corporation

**APPROVED AND SO ORDERED:**

DATED: January 19, 2007

/s/ David F. Levi
Judge of the United States District Court
Eastern District of California