**STEPHEN M. LERNER, ESQ. (CA #176688)**
**McDONOUGH HOLLAND & ALLEN PC**
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, California 95814
Phone: 916.444.3900
Fax:   916.444.3249

Attorneys for Plaintiff Synergy Computing Business Group, Inc.

**D. DOUGLAS SHUREEN, ESQ. (CA #124613)**
**McMILLAN & SHUREEN LLP**
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404
Phone: 707.525.5420
Fax:   707.581.2158

Attorneys for Defendant The Cook's Warehouse, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY COMPUTING BUSINESS GROUP, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>THE COOK'S WAREHOUSE, INC., a Georgia corporation,<br><br>            Defendants. | Case No.  2:06-CV-02406-RRB-EFB<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by the parties herein, by and through their respective counsel, that Plaintiff's Complaint shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED:    9/18/07

                                                              McDONOUGH HOLLAND & ALLEN PC
                                                              Attorneys at Law


                                                              By: /s/ Stephen M. Lerner
                                                              STEPHEN M. LERNER
                                                              Attorneys for Plaintiff Synergy Computing
                                                              Business Group, Inc.

1

**STIPULATION TO DISMISSAL**                                                                          1036227v1 33721/0015

PDF created with pdfFactory trial version www.pdffactory.com

DATED: 8/29/07

1
2  McMILLAN & SHUREEN LLP
   Attorneys at Law
3
4  By: /s/ D. Douglas Shureen
   D. Douglas Shureen
5  Attorneys for Defendant The Cooks Warehouse, Inc.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION TO DISMISS

1036227v1 33721/0015

PDF created with pdfFactory trial version www.pdffactory.com

-3-

**APPROVED AND SO ORDERED.**

DATED:   October 9, 2007

                                    /s/ Ralph R. Beistline
                                    Judge of the United States District Court
                                    Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com